Robert James Swint,
Plaintiff,

NEW COMPLAINT
Civil Action:

RECEIVED
JUL 19 2021
BY MAIL

—VS—

Gregorious Games,
Greg Howard Smith,
The Greg Smith Foundation,
Defendants

## COMPLAINT

### Facts.

Since I found the egg I would like to first present it as Evidence. On International Papers history Page you will find the tree of life, And the Book of life, The World Events Scheduled by the United States before they happen. In 2000 International Paper And Bush Boake Allen, Project Blue Boake, made a deal set for New

York at the end of 2000, Signifying there two 5 Billion dollar divestments, 1988 Masonit Factory, Robert Swint, And 89 Zanders, Chrystal Mayer. Then on April 26, 2000 - New York Times - International Paper offers 6.2 Billion for Champion, the same day World Intellectual Property day was declared. James Stanley Dean, born April 26, 1962, the 1986 Champion. This all got voted in in 1998 as Part of the DMCA (2-1337). Sept 4 7 to 11 (18), flights 77 And 11 (88), my bday Robert Mueller appointed head dir of FBI, one week to 911. The Real "ID" (94) Act, Age 13, I was born April 18, 1988. Age 31, April 18, 2019 The Mueller report Released, Right before starting the cover for Real ID Act, COVID.

And the proof, the Patriot Act, House Bill 3162, aka 316#2 or Mr 31, Ad Mr 32. And the Raid on the 6.2 Billion club on 1621 the letters PU, or that Plutonium from Back to the future, symbol 94. 88 MPH, 1.21 gigawatts, I say they planned all of this, we know! but you gotta proove it, I faced Boafe! Relief Dedicate Gregorious Games to Mr Greg Smith as the owner and find cure we all been waiting for