UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT JAMES SWINT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-00878-JAR |
| ) | |
| GREGORIOUS GAMES, et al., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* E.D. Mo. L.R. 2.06(B).

**IT IS HEREBY CERTIFIED** that an appeal from this order of dismissal would not be taken in good faith.

Dated this 5th day of October, 2021.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE